## VITO DiLUSTRO *v.* JOHN S. HORVAT, SR., ET AL.
## (10961)

DALY, LAVERY and SCHALLER, Js.

Argued December 3—decision released December 29, 1992

*Laurence P. Nadel,* for the appellant (plaintiff).

*Michael P. Foley, Jr.,* for the appellee (named defendant).

*Michael R. Caporale, Jr.,* for the appellee (defendant Harbor National Bank).

PER CURIAM. The judgment is affirmed.

## JAMES PACKARD *v.* DEPARTMENT OF MOTOR VEHICLES
## (10681)

LANDAU, HEIMAN and SCHALLER, Js.

Argued December 4—decision released December 29, 1992

*Raymond T. Trebisacci,* for the appellant (plaintiff).

*Priscilla J. Green,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.